IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FREDERICK CHARLES
DUTTON, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

CASE NO. 1D14-3099

v.

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed October 6, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Frederick Charles Dutton, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is denied. See Munn v. Fla. Parole Comm'n, 807 So. 2d 733 (Fla. 1st DCA 2002).

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.